IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY STEINBERG, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-489 |
| | : | |
| CAPGEMINI AMERICA, INC. | : | |

## ORDER

AND NOW, this 15th day of August, 2022, it is ORDERED Defendants' Motion to Compel Arbitration (ECF No. 3) is GRANTED insofar as the parties shall proceed to arbitration in accordance with the Arbitration Agreement and shall notify the Court upon completion of the arbitration proceedings.[1] An appropriate memorandum follows.

It is FURTHER ORDERED:

- This action shall be STAYED pending arbitration.

- The Parties shall provide joint status updates regarding arbitration every six months from the date of this order.

- The Clerk of Court shall place this case in SUSPENSE pending completion of the arbitration proceedings.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] As discussed in the memorandum, Steinberg's claims of unconscionability must be decided by the arbitrator.